FILED 2008 APR -1 PM 3:49 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| UNITED STATES OF AMERICA, | ) | CR No. 07-01221(A)-GHK |
|---|---|---|
| Plaintiff, | ) | **F I R S T** |
| | ) | **S U P E R S E D I N G** |
| v. | ) | **I N D I C T M E N T** |
| STANLEY DAN RECZKO III, | ) | [18 U.S.C. § 2423(c): Engaging in Illicit Sexual Conduct in Foreign Places; 18 U.S.C. § 2423(b): Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. §§ 2251(c)(1), 3559(e)(1): Sexual Exploitation of Children; 18 U.S.C. § 2260A: Commission of a Sex Felony Crime Involving a Minor by a Registered Sex Offender] |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(c)]

Between on or about November 20, 2005, and on or about March 23, 2006, defendant STANLEY DAN RECZKO III, a citizen of the United States residing in Los Angeles, California, within the Central District of California, knowingly traveled in foreign

JJL:jjl

1  commerce, namely from Los Angeles, California, to the
2  Philippines, and engaged in illicit sexual conduct, as that term
3  is defined in Title 18, United States Code, Section 2423(f), with
4  E.D.R., a person under 18 years of age.

## COUNT TWO

[18 U.S.C. § 2423(b)]

On or about November 20, 2005, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY DAN RECZKO III, a citizen of the United States residing in Los Angeles, California, within the Central District of California, knowingly traveled in foreign commerce, namely from Los Angeles, California, to the Philippines, for the purpose of engaging in illicit sexual conduct, as that term is defined in Title 18, United States Code, Section 2423(f), with E.D.R., a person under 18 years of age.

COUNT THREE

[18 U.S.C. § 2423(b)]

On or about January 19, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY DAN RECZKO III, a citizen of the United States residing in Los Angeles, California, within the Central District of California, knowingly traveled in foreign commerce, namely from Los Angeles, California, to the Philippines, for the purpose of engaging in illicit sexual conduct, as that term is defined in Title 18, United States Code, Section 2423(f), with E.D.R., a person under 18 years of age.

## COUNT FOUR

[18 U.S.C. §§ 2251(c)(1), 3559(e)(1)]

Between on or about November 11, 2006, and on or about, March 15, 2007, defendant STANLEY DAN RECZKO III ("RECZKO"), a person registered as a sex offender, knowingly employed, used, persuaded, induced, enticed, and coerced E.D.R., a minor girl, to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), outside of the United States, its territories, or possessions, namely in the Philippines, for the purpose of producing a visual depiction of such conduct, and defendant RECZKO intended such visual depiction to be transported to the United States, and did transport such visual depiction to the United States, namely to the Central District of California.

It is further alleged that the sexual exploitation of a child, in the manner alleged above, occurred subsequent to defendant RECZKO'S conviction for Rape in the First Degree, in violation of New York Penal Code § 130.35, on or about June 10, 1997, in the Supreme Court of the State of New York, County of Jefferson, case number 456-96, index number 96-1771, a sex conviction for which defendant RECZKO was sentenced to an indeterminate term of imprisonment of four to eight years.

## COUNT FIVE

[18 U.S.C. § 2260A]

The Grand Jury further alleges that defendant STANLEY DAN RECZKO III committed the felony offenses involving a minor charged in Counts One through Four of this First Superseding Indictment at times defendant STANLEY DAN RECZKO III was required to register as a sex offender under the laws of the States of New York and California.

A TRUE BILL

/s/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section

DANIEL A. SAUNDERS
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

JOHN J. LULEJIAN
Assistant United States Attorney
Violent and Organized Crime Section