O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | Case No. CR 07-01221 GHK |
| | ) | |
| Plaintiff, | ) | **ORDER RE: DEFENDANT'S** |
| | ) | **SUPPLEMENTAL MOTION TO DISQUALIFY** |
| v. | ) | **JUDGE** |
| | ) | |
| Stanley Dan Reczko III, | ) | |
| | ) | [Dkt. No. 336] |
| Defendant. | ) | |

The court is in receipt of Defendant's Supplemental Motion to Disqualify Judge in Criminal Case (Dkt. No. 336).[1]  Defendant asks that the court consider the Supplemental Motion with reference to Defendant's Motion for Recusal of Trial Judge, filed February 15, 2012 (Dkt. No. 356.)  Defendant's Supplemental Motion does not alter the court's determination, as stated in the court's Order Denying Defendant's motion to Recuse Judge King (Dkt. No. 364), that Defendant has not shown that Judge King bears a "deep-seated and unequivocal antagonism" toward Defendant "that would render

---

[1] Though the caption of Defendant's Supplemental Motion appears to direct that the supplement be filed in camera and under seal, Defendant did not submit an application to file either in camera or under seal.  See C.D. Cal. L.R. 49-1.

fair judgment impossible." See <u>F.J. Hanshaw Enters., Inc.</u> v. <u>Emerald River Dev., Inc.</u>, 244 F.3d 1128, 1144-45 (9th Cir. 2001).

IT IS SO ORDERED.

Dated: March 7, 2012

                                      DEAN D. PREGERSON
                                      United States District Judge