# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR 07-1221(B) GHK | Date | February 17, 2015 |
| Present: The Honorable | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Beatrice Herrera | Khowoonsun Chong | Joey Blanch/Vanessa Baehr-Jones |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| STANLEY DAN RECZKO, III | ✗ | ✗ | | DAVID KALOYANIDES | ✗ | ✗ | |

|   | Day COURT TRIAL | **1ST** Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|
|   | One day | Begun (1st) | Held & | Completed by jury verdict/submitted to court. |
| ✗ | The Jury is impaneled and sworn. | | | |
| ✗ | Opening statements made   PLAINTIFF | | | |
| ✗ | Witnesses called, sworn and testified. | | | |
| ✗ | Exhibits identified | ✗ Exhibits admitted | | |
|   | Government rests. | Defendant(s) | | rest. |
|   | Motion for mistrial | is | granted | denied | submitted |
|   | Motion for judgment of acquittal (FRCrP 29) | is | granted | denied | submitted |
|   | Closing arguments made | Court instructs jury | Bailiff sworn | |
|   | Alternates excused | Jury retires to deliberate | Jury resumes deliberations | |
|   | Finding by Court as | Jury Verdict as | | |
| Dft # | Guilty on | Not Guilty on | | |
|   | Jury polled | Polling waived | | |
|   | Filed Witness & Exhibit lists | Filed Jury | Filed Jury | Filed Jury Verdict |
| Dft # | Referred to Probation Office for Investigation & Report and | for | | |
| Dft # | remanded to | Remand/Releas | issd   Dft # | released from |
|   | Bond exonerated as to | | | |
| ✗ | Case continued   **February 18, 2015 at 8am**   for further jury trial. | | | |
| ✗ | Other:   Court gives preliminary instructions. | | | |

**4 : 51**

Initials of Deputy Clerk   Bea